FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 21 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | CR 06-351-1-PHX-FJM |
|     Plaintiff,                    ) | |
| vs.                                          ) | |
| Pedro Quintero                        ) | **ORDER** |
|     Defendant.                 ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on July 18, 2006

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** by clear and convincing evidence that the Defendant has violated the terms and conditions of his release by failing to remain and reside at Behavioral Systems Southwest (BSSW), 2420 East Roosevelt in Phoenix, Arizona.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all combination of conditions of release if released again.

**IT IS ORDERED** that the Defendant shall be detained as a serious flight risk pending further order of the court.

DATED this 21st day of July, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge